OHIO STATE BAR ASSOCIATION *v.* LOHA.

[Cite as Ohio State Bar Assn. *v.* Loha (1983), 4 Ohio St. 3d 190.]

(D.D. No. 82-31—Decided April 27, 1983.)

*Mr. John R. Welch, Mr. Albert L. Bell, Ms. Cathy M. Armstrong* and *Mr. Taliesin E. Evans,* for relator.

*Mr. Ralph A. Miller,* for respondent.

*Per Curiam.* Upon a careful review of the record in this case, we conclude that there is ample evidence to support the board's finding that respondent violated DR 1-102(A)(4) of the Code of Professional Responsibility. Fur-

thermore, we find the sanction of a suspension for a one-year period to be an appropriate and reasonable penalty under the circumstances of this case. *Columbus Bar Assn.* v. *Wolfe* (1982), 70 Ohio St. 2d 55 [24 O.O.3d 113]. Accordingly, it is the judgment of this court that respondent be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, WEBER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.

WEBER, J., of the Second Appellate District, sitting for LOCHER, J.